Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  15–29212–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Samuel K Tompoe                          Cecelia Tompoe
66 Pennwood Drive                        66 Pennwood Drive
Trenton, NJ 08638                        Trenton, NJ 08638

Social Security No.:
    xxx–xx–5131                          xxx–xx–7623

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on November 29, 2016, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 45 – 44
Order Granting Application for Extension of Loss Mitigation (Related Doc # 44). Loss Mitigation Period Extended to: 2/28/17. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/29/2016. (bwj)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 29, 2016
JJW: bwj

                                                          James J. Waldron
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-29212-CMG
Samuel K Tompoe                                                           Chapter 13
Cecelia Tompoe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Nov 29, 2016
                              Form ID: orderntc    Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2016.
lm              Santander Bank,   Mc: 10-6438-Cc7 601 Penn St,   Reading, PA  19601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2016 at the address(es) listed below:
            Albert  Russo    docs@russotrustee.com
            Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
            Candyce Ilene Smith-Sklar    on behalf of Debtor Samuel K Tompoe mail@njpalaw.com
            Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Cecelia  Tompoe mail@njpalaw.com
            Denise E. Carlon    on behalf of Creditor   MidFirst Bank bankruptcynotice@zuckergoldberg.com,
             bkgroup@kmllawgroup.com
            James Patrick Shay    on behalf of Creditor   SANTANDER BANK, NATIONAL ASSOCIATION
             james.shay@phelanhallinan.com
            James Patrick Shay    on behalf of Creditor   SANTANDER BANK, N.A. james.shay@phelanhallinan.com
            John Philip Schneider    on behalf of Creditor   SANTANDER BANK, NATIONAL ASSOCIATION
             nj.bkecf@fedphe.com
            Michael Frederick Dingerdissen    on behalf of Creditor   SANTANDER BANK, N.A. nj.bkecf@fedphe.com
            Nicholas V. Rogers    on behalf of Creditor   SANTANDER BANK, N.A. nj.bkecf@fedphe.com
                                                                        TOTAL: 10