| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Law Office of Sklar Smith-Sklar<br>1901 N. Olden Avenue, Suite 22<br>Ewing, NJ 08618<br>Tel: 609 882-9800<br>Fax: 609 538-1399<br>Attorney for Debtor(s) | Order Filed on November 29, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Samuel and Cecelia Tompoe | Case No.: 15-29212<br>Chapter: 13<br>Judge: CMG |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

DATED: November 29, 2016

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___09/01/2016___ :

Property:    66 Penwood Drive, Ewing, NJ 08638

Creditor:    Santander Bank, N.A.

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Candyce I. Smith Sklar, Esq.__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___02/28/2017___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:
Samuel K Tompoe
Cecelia Tompoe
    Debtors

Case No. 15-29212-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Nov 29, 2016
Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2016.
db/jdb      +Samuel K Tompoe,    Cecelia Tompoe,    66 Pennwood Drive,    Trenton, NJ 08638-4716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2016 at the address(es) listed below:
     Albert   Russo    docs@russotrustee.com
     Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
     Candyce Ilene Smith-Sklar    on behalf of Debtor Samuel K Tompoe mail@njpalaw.com
     Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Cecelia   Tompoe mail@njpalaw.com
     Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
     James Patrick Shay    on behalf of Creditor    SANTANDER BANK, NATIONAL ASSOCIATION james.shay@phelanhallinan.com
     James Patrick Shay    on behalf of Creditor    SANTANDER BANK, N.A. james.shay@phelanhallinan.com
     John Philip Schneider    on behalf of Creditor    SANTANDER BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com
     Michael Frederick Dingerdissen    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
     Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
     TOTAL: 10