Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−29212−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Samuel K Tompoe                          Cecelia Tompoe
66 Pennwood Drive                        66 Pennwood Drive
Trenton, NJ 08638                        Trenton, NJ 08638

Social Security No.:
   xxx−xx−5131                           xxx−xx−7623

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 11, 2016.

On 3/1/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           April 5, 2017
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 2, 2017
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-29212-CMG
Samuel K Tompoe                                                         Chapter 13
Cecelia Tompoe
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Mar 02, 2017
                              Form ID: 185             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2017.
```
db/jdb        +Samuel K Tompoe,   Cecelia Tompoe,   66 Pennwood Drive,   Trenton, NJ 08638-4716
cr            +SANTANDER BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                Mt. Laurel, NJ 08054-3437
lm             Santander Bank,   Mc: 10-6438-Cc7 601 Penn St,   Reading, PA  19601
515788530    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982236,   El Paso, TX 79998)
515788531     +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,
                Simi Valley, CA 93062-5170
515788534     +Capital One,   Attn: Bankruptcy,   Pob 30253,   Salt Lake City, UT 84130-0253
515788535     +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
515788536     +Chrysler Capital,   Po Box 961275,   Ft Worth, TX 76161-0275
515788537     +Citimortgage,   Citimortgage Inc/Attn: Bankruptcy.,   Po Box 6030,   Sioux Falls, SD 57117-6030
515788538     +City Ntl Bk/Ocwen Loan Service,   Attn:Bankruptcy Dept,   Po Box 24738,
                West Palm Beach, FL 33416-4738
515788539     +Conserve,   200 Cross Keys Office Pa,   Fairport, NY 14450-3510
515788540     +Dept Of Ed/navient,   Po Box 9655,   Wilkes-barre, PA 18773-9655
515788542     +Drive Fin/Santander Consumer USA,   Attn: Bankruptcy,   5201 Rufe Snow Dr Ste 400n,
                Richland Hills, TX 76180-6036
515788544     +FNCC/Legacy Visa,   Attn: Bankruptcy,   Po Box 5097,   Sioux Falls, SD 57117-5097
515788545     +HSBC Auto Finance / Santander,   Santander Consumer USA,   Po Box 961245,
                Fort Worth, TX 76161-0244
515788547     +Jared/Sterling Jewelers,   Po Box 1799,   Attn: Bankruptcy,   Akron, OH 44309-1799
515861371     +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
515788549     +Midfirst Bank,   c/o Kivitz Mckeever Lee, PC,   216 Haddon Avenue, Suite 406,
                Collingswood, NJ 08108-2812
515788550     +Midland Mortgage Company/Mid First Bank,   Attention: Bankruptcy,   Po Box 26648,
                Oklahoma City, OK 73126-0648
515788551     +Mortgage Service Cente,   Attn: Bankruptcy Dept,   Po Box 5452,   Mt Laurel, NJ 08054-5452
515995337      Navient Solutions, Inc. Department of Education,   Loan Services,   P.O. Box 9635,
                Wilkes-Barre, PA 18773-9635
515788554     +Quality Asset Recovery,   7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
515788556     +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
515788558     +Santander Bank,   c/o Phelan Hallinan Diamond & Jones,   400 Fellowship Road,
                Mount Laurel, NJ 08054-3437
515788559     +Santander Consumer USA,   Santander Consumer USA, Inc,   Po Box 961245,
                Ft Worth, TX 76161-0244
515820010     +Santander Consumer USA Inc.,   an Illinois Corporation,   d/b/a Chrysler Capital,
                P.O. box 961275,   Fort Worth, TX 76161-0275
515788561     +Us Dept Of Education,   Attn: Bankruptcy,   Po Box 16448,   Saint Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2017 22:45:17     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2017 22:45:14     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515788529     +E-mail/Text: bk.notices@a1collectionagency.com Mar 02 2017 22:45:44     A-1 Collection Agency,
                715 Horizon Drive,   Grand Junction, CO 81506-8700
516003602     +E-mail/Text: g17768@att.com Mar 02 2017 22:44:37     AT&T Mobility ll LLC,
                c/o AT&T Services, Inc.,   Karen A. Cavagnaro-Lead Paralegal,   One AT&T Way, Room 3A104,
                Bedminster, NJ 07921-2693
515788532     +E-mail/Text: bankruptcy@cavps.com Mar 02 2017 22:45:31     Calvary Portfolio Services,
                Attention:   Bankruptcy Department,   500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-1340
515789448     +E-mail/Text: bankruptcy@cavps.com Mar 02 2017 22:45:31     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
515788541     +E-mail/Text: bankruptcynotices@dcicollect.com Mar 02 2017 22:45:47     Diversified Consultant,
                10550 Deerwood Park Blvd,   Jacksonville, FL 32256-0596
515788543     +E-mail/Text: bknotice@erccollections.com Mar 02 2017 22:45:19     Enhanced Recovery Corp,
                Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
515788546     +E-mail/Text: bankruptcy@icsystem.com Mar 02 2017 22:45:46     IC System,   Attn: Bankruptcy,
                444 Highway 96 East, Po Box 64378,   St. Paul, MN 55164-0378
515982736      E-mail/Text: bkr@cardworks.com Mar 02 2017 22:44:30     Merrick Bank,
                c/o Resurgent Capital Services,   Po Box 10368,   Greenville, SC 29603-0368
515788548     +E-mail/Text: bkr@cardworks.com Mar 02 2017 22:44:30     Merrick Bank,
                Attn: Correspondence Dept,   P.O. Box 9201,   Old Bethpage, NY 11804-9001
515788552     +E-mail/PDF: pa_dc_claims@navient.com Mar 02 2017 22:31:55     Navient,   Po Box 9500,
                Wilkes Barre, PA 18773-9500
515830859      E-mail/PDF: pa_dc_litigation@navient.com Mar 02 2017 22:41:57
                Navient Solutions, Inc. on behalf of USAF,   Attn: Bankruptcy Litigation Unit E3149,
                P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
515788553      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2017 22:42:23
                Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Mar 02, 2017
                              Form ID: 185             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515847870         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2017 22:54:26
                    Portfolio Recovery Associates, LLC,   C/O Capital One Bank (usa), N.a.,   POB 41067,
                    Norfolk VA 23541
515788555        +E-mail/Text: Supportservices@receivablesperformance.com Mar 02 2017 22:45:54     Rcvl Per Mng,
                    Attn:Collections/Bankruptcy,   Po Box 1548,   Lynnwood, WA 98046-1548
516384728        +E-mail/Text: n.miller@santander.us Mar 02 2017 22:46:02     SANTANDER BANK, N.A.,
                    SANTANDER BANK, N.A.,   ATTN: BANKRUPTCY DEPT.,   MC: 10-6438-FB4,   601 PENN STREET,
                    READING PA 19601-3544
515788557        +E-mail/PDF: pa_dc_claims@navient.com Mar 02 2017 22:32:22     Sallie Mae,
                    Attn: Claims Department,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
515788560        +E-mail/Text: cop@santander.us Mar 02 2017 22:45:10     Sovereign/Santander Bk,
                    Mc: 10-6438-CC7,   601 Penn St.,   Reading, PA 19601-3544
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515788533   ##+Capital One,   Po Box 5253,   Carol Stream, IL 60197-5253
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2017 at the address(es) listed below:

```
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Cecelia    Tompoe mail@njpalaw.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Samuel K Tompoe mail@njpalaw.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    SANTANDER BANK, NATIONAL ASSOCIATION
               james.shay@phelanhallinan.com
              James Patrick Shay    on behalf of Creditor    SANTANDER BANK, N.A. james.shay@phelanhallinan.com
              John Philip Schneider    on behalf of Creditor    SANTANDER BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Michael Frederick Dingerdissen    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
                                                                                              TOTAL: 10
```