| | |
|---|---|
| 769057<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br> Attorneys for Secured Creditor: SANTANDER BANK, N.A.<br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | **Order Filed on May 4, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>CECELIA TOMPOE<br>SAMUEL K. TOMPOE A/K/A SAMUEL TOMPOE | Case No: 15-29212 - CMG<br><br>Judge:  CHRISTINE M. GRAVELLE |

# CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: May 4, 2017**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

**NJID 769057**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for SANTANDER BANK, N.A.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

CECELIA TOMPOE
SAMUEL K. TOMPOE A/K/A
SAMUEL TOMPOE

Debtors

CASE NO. 15-29212 - CMG

CHAPTER 13

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

This Consent Order pertains to the property located at 66 PENWOOD DRIVE, EWING, NJ 08618-4716, mortgage account ending with "2209";

THIS MATTER having been brought before the Court by, CANDYCE ILENE SMITH-SKLAR, Esquire attorney for debtors, CECELIA TOMPOE, SAMUEL K. TOMPOE upon the filing of a Chapter 13 Plan, SANTANDER BANK, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS on the              day of                , 2017, ORDERED as follows:

1. SANTANDER BANK, N.A. has filed a valid, secured Proof of Claim in the pre-petition arrearage amount of **$16,197.39** (claim no. 9).

2. The Trustee is authorized not to pay the secured arrearage claim of SANTANDER BANK, N.A. for the purpose of allowing the Debtors to apply and potentially complete a loan modification. Should the Debtors qualify for a loan modification, the loan modification must be approved no later than **August 01, 2017**.

3. If the loan modification is approved, the Debtors shall file a Modified Plan, together with amended Schedule "J" reflecting debtors post loan modification budget, within 30 days of approval of final loan modification.

4. If a loan modification is not approved by **August 01, 2017,** or an alternative date extended by the loss mitigation program and confirmed by the court, then the Debtors shall pay the full arrears of **$16,197.39.**

5. Debtors shall tender adequate protection payments to SANTANDER BANK, N.A. as required by the Loss Mitigation Program (LMP). The adequate protection payments will continue only while the Debtors are in LMP. The Loss Mitigation Program is scheduled to terminate on **May 31, 2017,** or an alternative date as extended or early terminated by the court. If the Debtors fail to make adequate protection payments, SANTANDER BANK, N.A. will file an Application for Early Termination of LMP. Once the Loss Mitigation Program terminates on **May 31, 2017**, or an alternative date as extended or early terminated by the court, the Debtors shall cease tendering the reduced adequate protection payments and begin making regular monthly mortgage payments to SANTANDER BANK, N.A. as required by the mortgage and note.

6. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
SANTANDER BANK, N.A.

/s/ Michael Dingerdissen
Michael Dingerdissen, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 31614
Fax: 856-813-5501
Email: michael.dingerdissen@phelanhallinan.com

Dated: _____

_____    Dated: 4/2/17
CANDYCE ILENE SMITH-SKLAR, Esquire
Attorney for debtors