769057
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for Secured Creditor: SANTANDER BANK, N.A.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on May 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CECELIA TOMPOE
SAMUEL K. TOMPOE A/K/A SAMUEL TOMPOE

Case No: 15-29212 - CMG

Judge: CHRISTINE M. GRAVELLE

# CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: May 4, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**NJID 769057**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for SANTANDER BANK, N.A.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    CECELIA TOMPOE
    SAMUEL K. TOMPOE A/K/A
    SAMUEL TOMPOE

CASE NO. 15-29212 - CMG

CHAPTER 13

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

Debtors

This Consent Order pertains to the property located at 66 PENWOOD DRIVE, EWING, NJ 08618-4716, mortgage account ending with "2209";

THIS MATTER having been brought before the Court by, CANDYCE ILENE SMITH-SKLAR, Esquire attorney for debtors, CECELIA TOMPOE, SAMUEL K. TOMPOE upon the filing of a Chapter 13 Plan, SANTANDER BANK, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    IT IS on the _____ day of _____, 2017, ORDERED as follows:

    1.    SANTANDER BANK, N.A. has filed a valid, secured Proof of Claim in the pre-petition arrearage amount of **$16,197.39** (claim no. 9).

    2.    The Trustee is authorized not to pay the secured arrearage claim of SANTANDER BANK, N.A. for the purpose of allowing the Debtors to apply and potentially complete a loan modification. Should the Debtors qualify for a loan modification, the loan modification must be approved no later than **August 01, 2017**.

    3.    If the loan modification is approved, the Debtors shall file a Modified Plan, together with amended Schedule "J" reflecting debtors post loan modification budget, within 30 days of approval of final loan modification.

4. If a loan modification is not approved by **August 01, 2017**, or an alternative date extended by the loss mitigation program and confirmed by the court, then the Debtors shall pay the full arrears of **$16,197.39.**

5. Debtors shall tender adequate protection payments to SANTANDER BANK, N.A. as required by the Loss Mitigation Program (LMP). The adequate protection payments will continue only while the Debtors are in LMP. The Loss Mitigation Program is scheduled to terminate on **May 31, 2017,** or an alternative date as extended or early terminated by the court. If the Debtors fail to make adequate protection payments, SANTANDER BANK, N.A. will file an Application for Early Termination of LMP. Once the Loss Mitigation Program terminates on **May 31, 2017**, or an alternative date as extended or early terminated by the court, the Debtors shall cease tendering the reduced adequate protection payments and begin making regular monthly mortgage payments to SANTANDER BANK, N.A. as required by the mortgage and note.

6. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
SANTANDER BANK, N.A.

/s/ Michael Dingerdissen
Michael Dingerdissen, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 31614
Fax: 856-813-5501
Email: michael.dingerdissen@phelanhallinan.com

Dated: _____

_____     Dated: 4/2/17
CANDYCE ILENE SMITH-SKLAR, Esquire
Attorney for debtors

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 15-29212-CMG
Samuel K Tompoe                                                                    Chapter 13
Cecelia Tompoe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: May 04, 2017
                              Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2017.
db/jdb        +Samuel K Tompoe,   Cecelia Tompoe,   66 Pennwood Drive,   Trenton, NJ 08638-4716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2017 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Candyce Ilene Smith-Sklar    on behalf of Debtor Samuel K Tompoe mail@njpalaw.com
          Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Cecelia  Tompoe mail@njpalaw.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          James Patrick Shay    on behalf of Creditor    SANTANDER BANK, NATIONAL ASSOCIATION
           james.shay@phelanhallinan.com
          James Patrick Shay    on behalf of Creditor    SANTANDER BANK, N.A. james.shay@phelanhallinan.com
          John Philip Schneider    on behalf of Creditor    SANTANDER BANK, NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
                                                                                                TOTAL: 10