Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−29212−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Samuel K Tompoe
66 Pennwood Drive
Trenton, NJ 08638

Cecelia Tompoe
66 Pennwood Drive
Trenton, NJ 08638

Social Security No.:
xxx−xx−5131

xxx−xx−7623

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on March 13, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 13, 2018
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 15-29212-CMG
Samuel K Tompoe                                                             Chapter 13
Cecelia Tompoe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Mar 13, 2018
                              Form ID: 148             Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
```
db/jdb         +Samuel K Tompoe,   Cecelia Tompoe,   66 Pennwood Drive,   Trenton, NJ 08638-4716
cr             +SANTANDER BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm              Santander Bank,   Mc: 10-6438-Cc7 601 Penn St,   Reading, PA  19601
515788537      +Citimortgage,   Citimortgage Inc/Attn: Bankruptcy.,   Po Box 6030,   Sioux Falls, SD 57117-6030
515788538      +City Ntl Bk/Ocwen Loan Service,   Attn:Bankruptcy Dept,   Po Box 24738,
                 West Palm Beach, FL 33416-4738
515788539      +Conserve,   200 Cross Keys Office Pa,   Fairport, NY 14450-3510
515788540      +Dept Of Ed/navient,   Po Box 9655,   Wilkes-barre, PA 18773-9655
515788544      +FNCC/Legacy Visa,   Attn: Bankruptcy,   Po Box 5097,   Sioux Falls, SD 57117-5097
515788547      +Jared/Sterling Jewelers,   Po Box 1799,   Attn: Bankruptcy,   Akron, OH 44309-1799
515861371      +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
515788549      +Midfirst Bank,   c/o Kivitz Mckeever Lee, PC,   216 Haddon Avenue, Suite 406,
                 Collingswood, NJ 08108-2812
515788550      +Midland Mortgage Company/Mid First Bank,   Attention: Bankruptcy,   Po Box 26648,
                 Oklahoma City, OK 73126-0648
515788551      +Mortgage Service Cente,   Attn: Bankruptcy Dept,   Po Box 5452,   Mt Laurel, NJ 08054-5452
515788554      +Quality Asset Recovery,   7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
515788556      +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
516384728      +SANTANDER BANK, N.A.,   SANTANDER BANK, N.A.,   ATTN: BANKRUPTCY DEPT.,   MC: 10-6438-FB4,
                 601 PENN STREET,   READING PA 19601-3544
515788558      +Santander Bank,   c/o Phelan Hallinan Diamond & Jones,   400 Fellowship Road,
                 Mount Laurel, NJ 08054-3437
515788560      +Sovereign/Santander Bk,   Mc: 10-6438-CC7,   601 Penn St.,   Reading, PA 19601-3544
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2018 23:19:09     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2018 23:19:07     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: CHRM.COM Mar 14 2018 02:58:00      Santander Consumer USA Inc., d/b/a Chrysler Capita,
                 P.O. Box 961275,   Fort Worth, TX 76161-0275
515788529      +E-mail/Text: bk.notices@a1collectionagency.com Mar 13 2018 23:19:41     A-1 Collection Agency,
                 715 Horizon Drive,   Grand Junction, CO 81506-8700
516003602      +EDI: CINGMIDLAND.COM Mar 14 2018 02:58:00      AT&T Mobility ll LLC,   c/o AT&T Services, Inc.,
                 Karen A. Cavagnaro-Lead Paralegal,   One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
515788530       EDI: BANKAMER.COM Mar 14 2018 02:58:00      Bank of America,   P.O. Box 982236,
                 El Paso, TX 79998
515788531      +EDI: BANKAMER.COM Mar 14 2018 02:58:00      Bank of America,
                 Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,   Simi Valley, CA 93062-5170
515788532      +E-mail/Text: bankruptcy@cavps.com Mar 13 2018 23:19:31     Calvary Portfolio Services,
                 Attention: Bankruptcy Department,   500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-1340
515788533      +EDI: CAPITALONE.COM Mar 14 2018 02:58:00      Capital One,   Po Box 5253,
                 Carol Stream, IL 60197-5253
515788534      +EDI: CAPITALONE.COM Mar 14 2018 02:58:00      Capital One,   Attn: Bankruptcy,   Pob 30253,
                 Salt Lake City, UT 84130-0253
515788535      +EDI: CAPITALONE.COM Mar 14 2018 02:58:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
515789448      +E-mail/Text: bankruptcy@cavps.com Mar 13 2018 23:19:32     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
515788536      +EDI: CHRM.COM Mar 14 2018 02:58:00      Chrysler Capital,   Po Box 961275,
                 Ft Worth, TX 76161-0275
515788541      +EDI: DCI.COM Mar 14 2018 02:58:00      Diversified Consultant,   10550 Deerwood Park Blvd,
                 Jacksonville, FL 32256-0596
515788542      +EDI: DRIV.COM Mar 14 2018 02:58:00      Drive Fin/Santander Consumer USA,   Attn: Bankruptcy,
                 5201 Rufe Snow Dr Ste 400n,   Richland Hills, TX 76180-6036
515788543      +E-mail/Text: bknotice@ercbpo.com Mar 13 2018 23:19:14     Enhanced Recovery Corp,
                 Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
515788545      +EDI: DRIV.COM Mar 14 2018 02:58:00      HSBC Auto Finance / Santander,   Santander Consumer USA,
                 Po Box 961245,   Fort Worth, TX 76161-0244
515788546      +EDI: IIC9.COM Mar 14 2018 02:58:00      IC System,   Attn: Bankruptcy,
                 444 Highway 96 East, Po Box 64378,   St. Paul, MN 55164-0378
515982736       EDI: MERRICKBANK.COM Mar 14 2018 02:58:00      Merrick Bank,   c/o Resurgent Capital Services,
                 Po Box 10368,   Greenville, SC 29603-0368
515788548      +EDI: MERRICKBANK.COM Mar 14 2018 02:58:00      Merrick Bank,   Attn: Correspondence Dept,
                 P.O. Box 9201,   Old Bethpage, NY 11804-9001
515788552      +EDI: NAVIENTFKASMSERV.COM Mar 14 2018 02:58:00      Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
515995337       EDI: NAVIENTFKASMDOE.COM Mar 14 2018 02:58:00
                 Navient Solutions, Inc. Department of Education,   Loan Services,   P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Mar 13, 2018
                              Form ID: 148             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515830859       EDI: NAVIENTFKASMGUAR.COM Mar 14 2018 02:58:00      Navient Solutions, Inc. on behalf of USAF,
                 Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
515788553       EDI: PRA.COM Mar 14 2018 02:58:00      Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA 23541
515847870       EDI: PRA.COM Mar 14 2018 02:58:00      Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
515788555      +E-mail/Text: Supportservices@receivablesperformance.com Mar 13 2018 23:19:52      Rcvl Per Mng,
                 Attn:Collections/Bankruptcy,   Po Box 1548,   Lynnwood, WA 98046-1548
515788557      +EDI: NAVIENTFKASMSERV.COM Mar 14 2018 02:58:00      Sallie Mae,   Attn: Claims Department,
                 Po Box 9500,   Wilkes-Barre, PA 18773-9500
515788559      +EDI: DRIV.COM Mar 14 2018 02:58:00      Santander Consumer USA,   Santander Consumer USA, Inc,
                 Po Box 961245,   Ft Worth, TX 76161-0244
515820010      +EDI: CHRM.COM Mar 14 2018 02:58:00      Santander Consumer USA Inc.,   an Illinois Corporation,
                 d/b/a Chrysler Capital,   P.O. box 961275,   Fort Worth, TX 76161-0275
515788561      +EDI: ECMC.COM Mar 14 2018 02:58:00      Us Dept Of Education,   Attn: Bankruptcy,   Po Box 16448,
                 Saint Paul, MN 55116-0448
                                                                                               TOTAL: 30

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2018 at the address(es) listed below:
```
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor     SANTANDER BANK, NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com
          Candyce Ilene Smith-Sklar     on behalf of Joint Debtor Cecelia    Tompoe mail@njpalaw.com
          Candyce Ilene Smith-Sklar     on behalf of Debtor Samuel K Tompoe mail@njpalaw.com
          Denise E. Carlon     on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          James Patrick Shay    on behalf of Creditor     SANTANDER BANK, NATIONAL ASSOCIATION
           james.shay@phelanhallinan.com
          James Patrick Shay    on behalf of Creditor     SANTANDER BANK, N.A. james.shay@phelanhallinan.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Michael Frederick Dingerdissen    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
                                                                                               TOTAL: 11
```